384 A.2d 1002

Rusnak v. Sell, Appellant.

Argued November 17, 1977. B. Rubb, with him Pechner, Dorfman, Wolffe, Rounick & Cabot, for appellant; Edward O. Spotts, with him James P. Gill, for appellee.

Order affirmed.

384 A.2d 1002

St. Paul Insurance Company v. SRSIC (et al., Appellant).

Argued November 17, 1977. Benjamin B. Wechsler, II, with him Charles H. Alpern, for appellant; James A. Mollica, Jr., with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellee.

Order affirmed.